CLIFFORD E. PENDELTON *vs.* ALFRED K. TOLMAN.

Waldo County. Decided July 2, 1915. An action of replevin for boat. Plea, general issue with brief statement claiming title in defendant. The jury rendered a verdict for the plaintiff and defendant filed motion for new trial. Motion for new trial overruled. *Dunton & Morse,* for plaintiff. *Montgomery & Emery,* for defendant.